IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This pleading applies to:<br><br>The case of Gary Maddox on Stephen Baron v. Pfizer Inc et al, 3:06-cv-07100-CRB<br><br>The case of June Thompson on Linda Lile et al v. Pfizer Inc et al, 3:06-cv-07518-CRB<br><br>The cases of Andrea Kauzlarich, Kenneth Chancey, George Henry for decedent Mary Henry and Richard Carulli on Marilyn McCandles et al v. Pfizer Inc et al, 3:06-cv-07742-CRB | MDL :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

## ORDER

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, (1) Gary Maddox's on Stephen Baron v. Pfizer Inc et al, 3:06-cv-07100-CRB; (2) June Thompson's on Linda Lile et al v. Pfizer Inc et al, 3:06-cv-07518-CRB; (3) George Henry's for decedent Mary Henry, (4) Andrea Kauzlarich's, (5) Kenneth Chancey's, and (6) Richard Carulli's on Marilyn McCandles et al v. Pfizer Inc et al, 3:06-cv-07742-CRB claims against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) are dismissed without prejudice.

August 09, 2007

United States District Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer