## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Case No.:  05-CV-01699 CRB |
| This Document Relates To:<br><br>C-06-7518-CRB (Lile v. Pfizer, Inc., et al.) | **WITHDRAWAL OF APPEARANCE** |

## ORDER

TO THE COURT AND ALL COUNSEL OF RECORD:

IT IS HEREBY ORDERED that John P. Cunningham and Brown & James, P.C.'s Motion to Withdraw as co-counsel of record for Defendant, Walgreen Co. in the above-reference case, including this multi-district litigation, is hereby granted.

**SO ORDERED** 

_March 4, 2009_
Date