1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.725.7700
   Facsimile: 314.721.0905
4  Attorneys for Plaintiffs

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX                **Case No. : 06-7518 CRB**
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION              **MDL NO. 1699**
                                             **District Judge: Charles R. Breyer**
14
    Linda Lile, et al.,
15
                           Plaintiffs
16                                           **STIPULATION AND ORDER OF**
       vs.                                   **DISMISSAL WITH PREJUDICE**
17

18  Pfizer Inc, et al.,

19                         Defendants.

20

21        Come now the Plaintiffs Linda Lile, Bernice Spencer, Brenda Culhane, Mary Chew, and

22  June Thompson in the above-entitled action and Defendants, by and through the undersigned

23  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24  dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side

25  bearing its own attorneys' fees and costs.

26

27

28

                              -1-

1

2    DATED: 1/15, 2010        By: _____

3

4                             John J. Carey
                             **CAREY & DANIS, LLC**
                             8235 Forsyth Blvd., Suite 1100
5                            St. Louis, Missouri 63105
                             Telephone: 314.725.7700
6                            Facsimile: 314.721.0905

7                            *Attorneys for Plaintiffs*

8
     DATED: __1/27__, 2010    By: _____
9

10                           **DLA PIPER LLP (US)**
                             1251 Avenue of the Americas
11                           New York, New York 10020
                             Telephone: 212-335-4500
12                           Facsimile: 212-335-4501

13                           *Defendants' Liaison Counsel*

14

15

16   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**
17

18   Dated: FEB - 3 2010
19                           Hon. Charles R. Breyer
                             United States District Court
20

21

22

23

24

25

26

27

28
                                    -2-