1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.725.7700
   Facsimile: 314.721.0905
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND <br> 13 PRODUCT LIABILITY LITIGATION | Case No. : 06-7518 CRB <br><br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
|---|---|
| 14 ———————————————— | |
| 15 Linda Lile, et al., | |
| 16                           Plaintiffs | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 vs. | |
| 18 Pfizer Inc, et al., | |
| 19                           Defendants. | |
| 20 | |

21      Come now the Plaintiffs Linda Lile, Bernice Spencer, Brenda Culhane, Mary Chew, and

22 June Thompson in the above-entitled action and Defendants, by and through the undersigned

23 attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24 dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side

25 bearing its own attorneys' fees and costs.

26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1
2   DATED: 1/15, 2010      By: _____
3
                                John J. Carey
4                               **CAREY & DANIS, LLC**
                                8235 Forsyth Blvd., Suite 1100
5                               St. Louis, Missouri 63105
                                Telephone: 314.725.7700
6                               Facsimile: 314.721.0905

7                               *Attorneys for Plaintiffs*

8
    DATED: 1/27, 2010      By: _____
9

10                              **DLA PIPER LLP (US)**
                                1251 Avenue of the Americas
11                              New York, New York 10020
                                Telephone: 212-335-4500
12                              Facsimile: 212-335-4501

13                              *Defendants' Liaison Counsel*

14

15

16  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
17

18
    Dated: FEB - 3 2010       _____
19
                              Hon. Charles R. Breyer
20                            United States District Court

21

22

23

24

25

26

27

28

-2-

---

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE