```
 1  John J. Carey
    CAREY & DANIS, LLC
 2  8235 Forsyth Blvd., Suite 1100
    St. Louis, Missouri 63105
 3  Telephone: 314-725-7700
    Facsimile:  314-721-0905
 4  Attorneys for Plaintiffs
 5
 6
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-7518 CRB<br>MDL NO. 1699<br>District Judge:  Charles R. Breyer |
|---|---|
| Linda Lile, et al.,<br><br>                                Plaintiffs<br>vs.<br><br>Pfizer Inc, et al.,<br><br>                                Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Robin Gesell and Mamie Robinson, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 7/27, 2010   By: _____

GAREY & DANIS, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

*Attorneys for Plaintiffs*

DATED: 10/25, 2010   By: _____/s/_____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 11/8/2010   _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE